UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANNIE AUSTIN,<br><br>        Defendant/Judgment Debtor,<br><br>    v.<br><br>PIERCE COUNTY ASSESSOR-<br>TREASURER'S OFFICE,<br><br>        Garnishee. | Case No. MC19-0040RSL<br><br>ORDER TO ISSUE WRIT OF<br>CONTINUING GARNISHMENT<br>AND NOTICE TO DEFENDANT/<br>JUDGMENT DEBTOR |

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Dannie Austin, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Pierce County Assessor-Treasurer's Office. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on March 21, 2019. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

Dated this 22nd day of March, 2019.

                                          _____
                                          Robert S. Lasnik
                                          United States District Judge

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT     -2-