UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNIE A. AUSTIN,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>PIERCE COUNTY ASSESSOR –<br>TREASURER'S OFFICE,<br><br>Garnishee. | NO. 2:19-MC-00040-RSL<br><br>(2:15-CV-00485-RSM)<br>(2:12-CR-00380-RSM-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Pierce County Assessor – Treasurer's Office, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Pierce County Assessor – Treasurer's Office, filed an Answer on April 12, 2019, stating that at the time of the service of the Writ, the Garnishee had in its possession, custody, or control $158,295.00, in which Mr. Austin has a substantial nonexempt interest, as of April 10, 2019.

UNITED STATES' CONTINUING GARNISHMENT ORDER
*(USA v. Dannie A. Austin & Pierce County Assessor – Treasurer's Office,* **Nos. 2:19-MC-00040-RSL & 2:12-CR-00380-RSM-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about March 26 & 29, 2019, as well as a courtesy copy to the Defendant/Judgment Debtor's spouse, Robin Austin, on March 26, 2019, neither Defendant/Judgment Debtor Austin or his spouse have requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Pierce County Assessor – Treasurer's Office, shall pay to the United States District Court for the Western District of Washington, the entire amount of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, in which the Defendant/ Judgment Debtor maintains a substantial nonexempt interest, but such amount shall not exceed the amount necessary to pay Mr. Austin's restitution balance in full ($83,512.46 as of June 26, 2019);

That such payment shall be applied to Defendant/Judgment Debtor Austin's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:12-CR-00380-RSM-1/CV NO. 15-0485, and delivered payment either personally or by First Class Mail to:

//

//

//

**UNITED STATES' CONTINUING GARNISHMENT ORDER**
*(USA v. Dannie A. Austin & Pierce County Assessor – Treasurer's Office,* Nos. 2:19-MC-00040-RSL & 2:12-CR-00380-RSM-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

Dated this 29th day of July, 2019.

*MWr S Lasnik*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**UNITED STATES' CONTINUING GARNISHMENT ORDER**
*(USA v. Dannie A. Austin & Pierce County Assessor – Treasurer's Office*, Nos. 2:19-MC-00040-RSL & 2:12-CR-00380-RSM-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970